# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| ANTHONY CROW, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 23-cv-00405-SRB<br>) |
| ECOVYST MIDCO II, et al., | )<br>) |
| Defendants. | ) |

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

it is hereby ORDERED that Plaintiff Anthony Crow's Motion to Remand and for Fees Pursuant to 28 U.S.C. § 1447(c) is **GRANTED IN PART** insofar as this case is hereby remanded to the Circuit Court of Clay County, Missouri, and **DENIED IN PART** insofar as Plaintiffs are not awarded fees and costs. The Clerk of the Court is directed to mail a certified copy of this Order to the Clerk of the Circuit Court of Clay County, Missouri, as required by 28 U.S.C. § 1447(c).

June 23, 2023                                                     Paige Wymore-Wynn
Date                                                                   Clerk of Court

                                                                                            /s/ Shauna Murphy-Carr
                                                                                            (by) Deputy Clerk